# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| William Fitzgerald Bonner, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 2:19-cv-00256-RWS-JCF |
| v. ) | |
| ) | |
| Portfolio Recovery Associates, ) | |
| L.L.C., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, William Fitzgerald Bonner, by and through undersigned counsel, hereby dismisses this action against Defendant, Portfolio Recovery Associates, L.L.C., without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 7th day of November 2019.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry, GA Bar No.: 055663
matt@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, Georgia 30324
Ph. (404) 235-3305

*Plaintiff's Attorney*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2019, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Defendant, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

>Portfolio Recovery Associates, L.L.C.
>c/o Corporation Service Company
>100 Shockoe Slip, 2nd Floor
>Richmond, Virginia 23219-4100

>**BERRY & ASSOCIATES**

>*/s/ Matthew T. Berry*
>Matthew Berry, GA Bar No.: 055663
>mberry@mattberry.com
>2751 Buford Highway, Suite 600
>Atlanta, GA 30324
>Ph. (404) 235-3305

>*Plaintiff's Attorney*